SANTA BARBARA, INC. v. HEART OF CEDAR LANE, INC.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. EMMA B. MULDOON.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM O'CONNOR.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. HERBERT ADDERLY.

June 7, 1988.

Petition for certification denied.